■ BRANDON HARRIS et al., Respondents, v CSX TRANSPORTATION, INC., Appellant, et al., Defendant. (Appeal No. 2.) [932 NYS2d 400]—

Same memorandum as in *Bready v CSX Transp., Inc.* (89 AD3d 1386 [2011]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Green, JJ.